UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| EDWARD J.S. PICARDI, M.D.,<br><br>　　　　　Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | 5:15-CV-5050-JLV<br><br><br>ORDER |

　　　Movant, Edward J.S. Picardi, M.D., by and through his counsel John R. Murphy, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  From a reading of the motion, the court cannot determine that "it plainly appears from the face of the petition . . . that the petitioner is not entitled to relief in the district court" warranting summary dismissal pursuant to Rule 4 of the Rules Governing Section 2255 Cases in the United States District Court.  Therefore, it is

　　　ORDERED that the Clerk of Court will deliver or serve a copy of the motion on the United States Attorney for the District of South Dakota.

　　　IT IS FURTHER ORDERED that the United States Attorney for the District of South Dakota will serve and file an answer or responsive pleading to the motion, together with a legal brief or memorandum, on or before July 23, 2015.

　　　Dated this 23rd day of June, 2015.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　VERONICA L. DUFFY
　　　　　　　　　　　　　　　　United States Magistrate Judge